DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ORMANDO WESBY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-552

[August 20, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mariya Weekes, Judge; L.T. Case No. 13-01581 CF10A.

Ormando Wesby, Milton, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and CONNER, JJ., concur.

*      *      *

***Not final until disposition of timely filed motion for rehearing.***